# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Richard J. Cino – Managing Principal

JAMES M. McDONNELL
Email Address: James.McDonnell@jacksonlewis.com

JOSHUA D. ALLEN
EMAIL ADDRESS: Joshua.Allen@jacksonlewis.com

December 18, 2020

**VIA ECF**
Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

          Re:    Valdez v. Zeki Electric, Inc., *et al.*
                  Civil Action No. 2:20-cv-00129-BRM-JAD

Dear Judge Dickson:

      We represent Defendants Zeki Electric, Inc. ("Zeki Electric"), Z&Z Electric Inc., and Muzafer Zekiroski a/k/a Mike Zekiroski (collectively "Defendants") in this case. In furtherance of the conversation with Your Honor during the telephone conference on Wednesday, December 16, 2020, Defendants would like to proceed with a settlement conference with Your Honor on Wednesday, January 6, 2021, at 10:00 a.m. The additional defendants in this matter, Erhan Zekiroski and Zeki Electrical Management Services, LLC, join in this request.

      We thank the Court for its attention to and consideration of this matter.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      *s/ James M. McDonnell*
      James M. McDonnell
      Joshua D. Allen

cc:    All Counsel of Record (via ECF)
4810-9066-1588, v. 1