**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------X

LARRY VALDEZ, EDAIL ALIJI and
MIGUEL BERRIOS on behalf of themselves
and all others similarly situated,
Plaintiffs,
   v.

ERHAN ZEKIROSKI a/k/a ERIC ZEKI,
MUZAFER ZEKIROSKI a/k/a MIKE ZEKI,
ZEKI ELECTRIC, INC., ZEKI ELECTRICAL
MANAGEMENT SERVICES, LLC, and Z &
Z ELECTRIC, INC.,

Defendants.
---------------------------------------------------------X

Case No. 20-cv-00129

NOTICE OF MOTION
ON CONSENT FOR
APPROVAL OF FLSA
SETTLEMENT

ORAL ARGUMENT
NOT REQUESTED

Motion Date:
October 18, 2021

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Christopher Marlborough, Esq., dated September 16, 2021 with supporting exhibits, and the accompanying Memorandum of Law dated September 16, 2021, Plaintiffs ("Plaintiffs") Larry Valdez, Edail Aliji and Miguel Berrios shall move this Court before the Honorable Jessica S. Allen, United States District Judge, at the United States District Court at Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Courtroom 2B, Newark New Jersey 07102, on October 18, 2021 or at such time and place to be set by the Court, for an Order approving the FLSA settlement agreement between Plaintiffs and Defendants.

Dated:  Melville, New York
     September 16, 2021

**THE MARLBOROUGH LAW FIRM, P.C.**

_/s/ Christopher Marlborough_
_____
Christopher Marlborough
445 Broad Hollow Road, Suite 400
Melville, New York 11747
T: (212) 991-8960
F: (212) 991-8952
E: chris@marlboroughlawfirm.com
*Attorneys for Plaintiffs*