UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____x
LARRY VALDEZ, EDAIL ALIJI and MIGUEL  )
BERRIOS on behalf of themselves and all others )
similarly situated, )
 )
                                Plaintiffs, )     20-cv-00129 (BRM-JSA)
 )
                    v. )
 )
ERHAN ZEKIROSKI a/k/a ERIC ZEKI, )
MUZAFER ZEKIROSKI a/k/a MIKE ZEKI, )
ZEKI ELECTRIC, INC., ZEKI ELECTRICAL )
MANAGEMENT SERVICES, LLC, and Z & Z )
ELECTRIC, INC., )
 )
                                Defendants. )
_____x

## ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT

      This matter comes before Court upon the unopposed motion of Plaintiffs Larry Valdez, Edail Aliji, and Miguel Berrio ("Plaintiffs") to approve the Parties' settlement, and the Court having reviewed the moving papers, and for the reasons set forth on the record on November 5, 2021, and for good cause shown,

      IT IS on this    5th    day of  November   2021,

      ORDERED that Plaintiffs' Motion for Approval of the Parties' Settlement Agreement is GRANTED as to all of the terms of the Settlement Agreement. The Court will retain jurisdiction over the enforcement of the Settlement Agreement.

      SO ORDERED.

Dated: 11/5/2021

                                      *s/ Jessica S. Allen*
                                  Hon. Jessica S. Allen, U.S.M.J.