UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

LARRY VALDEZ, EDAIL ALIJI and MIGUEL BERRIOS on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

ERHAN ZEKIROSKI a/k/a ERIC ZEKI, MUZAFER ZEKIROSKI a/k/a MIKE ZEKI, ZEKI ELECTRIC, INC., ZEKI ELECTRICAL MANAGEMENT SERVICES, LLC, and Z & Z ELECTRIC, INC.,

      Defendants.

20-cv-00129 (BRM-JAD)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Larry Valdez, Edail Aliji, and Miguel Berrio ("Plaintiffs") and Erhan Zekiroski, Muzafer Zekiroski. Zeki Electric, Inc., Z&Z Electric, Inc., and Zeki Electrical Management Services, LLC (referred to hereinafter as "Defendants") (referred to hereinafter as "Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiffs against Defendants in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiffs. Except as provided for herein, no attorneys' fees or costs will be awarded to any party by the Court. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court.

By: /s/ Christopher Marlborough
Christopher Marlborough, Esq.

MARLBOROUGH LAW FIRM, P.C.
445 Broad Hollow Road, Suite 400
Melville, New York 11563
Telephone: (212) 991-8960
*Attorneys for Plaintiffs*

Dated: Nov 5, 2021

By: _____
Nima Ameri, Esq.

AMERI & ASSOCIATES, LLC
58-60 Main Street, 3rd Floor
Hackensack, New Jersey 07601
Phone: (201) 880-8999
Fax: (201)580-4311
*Attorneys for Defendants Erhan Zekiroski a/k/a Eric Zeki and Zeki Electrical Management Services, LLC*

Dated: _____, 2021

By: /s/ James M. McDonnell
James M. McDonnell, Esq.

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
Phone: (908) 795-5200
*Attorneys for Defendants Zeki Electric, Inc., Z&Z Electric Inc. and Muzafer Zekiroski*

Dated: Nov. 5, 2021

By: _____
    Christopher Marlborough, Esq.

MARLBOROUGH LAW FIRM, P.C.
445 Broad Hollow Road, Suite 400
Melville, New York 11563
Telephone: (212) 991-8960
*Attorneys for Plaintiffs*

Dated: _____, 2021

By: _____
    Nima Ameri, Esq.

AMERI & ASSOCIATES, LLC
58-60 Main Street, 3rd Floor
Hackensack, New Jersey 07601
Phone: (201) 880-8999
Fax: (201)580-4311
*Attorneys for Defendants Erhan Zekiroski a/k/a Eric Zeki and Zeki Electrical Management Services, LLC*

Dated: _____, 2021

By: _____
    James M. McDonnell, Esq.

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
Phone: (908) 795-5200
*Attorneys for Defendants Zeki Electric, Inc., Z&Z Electric Inc. and Muzafer Zekiroski*

Dated: _____, 2021